UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**SEP 2 9 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VENETIAN CASINO RESORT,       )  | |
| )  | |
| Plaintiff,       )  | |
| )  | |
| v.       )  | Civ. No. 00-2980 (RJL) |
| )  | |
| EQUAL EMPLOYMENT       )  | |
| OPPORTUNITY COMMISSION,       )  | |
| )  | |
| Defendant.       )  | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that [#46] Defendant's Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that [#48] Plaintiff's Motion for Summary Judgment and/or Declaratory Judgment is DENIED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge